FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Mississippi Immigrants Rights Alliance,

Plaintiff,

v.

Delbert Hosemann, in his official capacity
as Mississippi Secretary of State,

Defendant.

CIVIL ACTION
NO. 3:19-cv-00831-CWR-FKB

APPLICATION FOR ADMISSION PRO HAC VICE

| | | |
|---|---|---|
| (A) | Name: | John Michael Powers |
| | Firm Name: | Lawyers' Committee for Civil Rights Under Law |
| | Office Address: | 1500 K Street NW, Suite 900 |
| | City: | Washington   State DC   Zip 20005 |
| | Telephone: | 202-662-8389   Fax: 202-783-0857 |
| | E-mail: | jpowers@lawyerscommittee.org |
| (B) | Client(s): | Missisipi Immigrants Rights Alliance |
| | Address: | 4436 N State Street Suite A-1 |
| | City: | Jackson   State MS   Zip 39206 |
| | Telephone: | 601-968-5182   Fax: 601-968-5183 |

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Mr. Powers is an attorney in the Voting Rights Project of the Lawyers' Committee for Civil Rights Under Law.

(C)     I am admitted to practice in the:

       X_____          State of Maryland

       X_____          District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

District of Columbia Court of Appeals
430 E Street NW, Room 123
Washington, DC 20001
202-626-3475
http://www.dccourts.gov/contact-us
License number: 1024831
Admitted: February 2015

Court of Appeals of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD 21401
410-260-1500
https://mdcourts.gov/coappeals/cogs
Attorney account number: 1312190017
Admitted: December 2013

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. District and Bankruptcy Courts for | December 7, 2015 |
| the District of Columbia | |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | | X |
| | Have you had admission pro hac vice revoked in this state? | | X |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | | X |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order  in the last five years for disobeying its rules or orders? | | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

**None**

|  | Yes | No |
|---|---|---|
| (I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     Beth L. Orlansky – MS Bar No. 3938

Firm Name:              Mississippi Center for Justice

Office Address:         P.O. Box 1023, 5 Old River Pl Suite 203

                        City: Jackson            State: MS      Zip: 39202

                        Telephone: 601-352-2269     Fax: (601) 352-4769

5

FORM 6 (ND/SD MISS. DEC. 2016)

Email address:     borlansky@mscenterforjustice.org

(K)     The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

11/26/19
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the   26   day of   November  , 20 19.

_____
Resident Attorney

6