### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**MISSISSIPPI IMMIGRANTS RIGHTS
ALLIANCE and LEAGUE OF WOMEN
VOTERS OF MISSISSIPPI**                                           **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 3:19-cv-00831-CWR-FKB**

**MICHAEL WATSON, in his official
capacity as Secretary of State of the
State of Mississippi, ET AL.**                                    **DEFENDANTS**

### NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Defendant Michael Watson, in his official capacity as

Secretary of State of the State of Mississippi, by and through counsel, has this date served the

following:

1.  *Defendant Michael Watson's First Set of Interrogatories and Requests for
    Production of Documents Propounded to Plaintiff League of Women Voters of
    Mississippi*; and

2.  *Defendant Michael Watson's Second Set of Interrogatories and Requests for
    Production of Documents Propounded to Plaintiffs*.

The undersigned retains the originals of the above-referenced papers as custodian thereof.

THIS the 9th day of August, 2021.

<div style="margin-left:40%">

Respectfully submitted,

MICHAEL WATSON, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF STATE OF
THE STATE OF MISSISSIPPI, DEFENDANT

By:   LYNN FITCH, ATTORNEY GENERAL
      STATE OF MISSISSIPPI

</div>

By:    <u>s/Rex M. Shannon III</u>
        REX M. SHANNON III (MSB #102974)
        Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Justin L. Matheny (MSB #100754)
Rex M. Shannon III (MSB #102974)
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-3680
justin.matheny@ago.ms.gov
rex.shannon@ago.ms.gov

ATTORNEYS FOR DEFENDANT MICHAEL WATSON, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF STATE OF THE STATE OF MISSISSIPPI

## CERTIFICATE OF SERVICE

I, Rex M. Shannon III, one of the attorneys for Defendant Michael Watson, in his official capacity as Secretary of State of the State of Mississippi, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 9th day of August, 2021.

        <u>s/Rex M. Shannon III</u>
        REX M. SHANNON III